# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEANNE ANGUIANO, | Case No.: 2:19-cv-00406-APG-NJK |
| Petitioner | |
| v. | **Order** |
| DWIGHT NEVEN, et al., | |
| Respondents | |

Petitioner Jeanne Anguiano has filed an application to proceed in forma pauperis and a petition for a writ of habeas corpus. Based on the current information about her financial status, including any additional information she may have provided, Ms. Anguiano is able to pay the full fee under 28 U.S.C. § 1915.

IT IS THEREFORE ORDERED that petitioner's motion for leave to proceed in forma pauperis without having to prepay the full filing fee **(ECF No. 1) is DENIED**. Petitioner shall have 30 days from the date this order is entered in which to have the $5.00 filing fee sent to the Clerk. Failure to do so may result in the dismissal of this action. The Clerk is directed to retain the petition but not file it yet.

Dated: April 8, 2019

_____
U.S. District Judge Andrew P. Gordon